**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 02-2447**

————————

JAMES STEADMAN,

Plaintiff - Appellant,

versus

CRYSTAL GATEWAY MARRIOTT,

Defendant - Appellee.

————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, District Judge.  (CA-02-1230-A)

————————

Submitted:  May 15, 2003                 Decided:  May 20, 2003

————————

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

————————

Affirmed by unpublished per curiam opinion.

————————

James Steadman, Appellant Pro Se.  John Michael Bredehoft, VENABLE, BAETJER & HOWARD, Vienna, Virginia, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Steadman appeals the district court's order granting Crystal Gateway Marriott's motion to dismiss and dismissing Steadman's complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Steadman v. Crystal Gateway Marriott, No. CA-02-1230-A (E.D. Va. filed Nov. 15, 2002; entered Nov. 20, 2002). We deny Steadman's motion titled "motion for rehearing" requesting permission to file additional briefs and for oral argument. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2